Received in the Chambers of
Hon. Raymond J. Dearie
4/29, 2005

## MEMORANDUM
### TO THE HONORABLE RAYMOND J. DEARIE
### United States District Judge

RE: Miano, Christopher L.
DOCKET NO: 98-CR-1129(S-1)-41
**International Travel Request**

On July 11, 2003, Your Honor sentenced the above-named individual to three years probation, and a $100 special assessment fee. The following special conditions were also imposed: (1) restitution in the amount of $25,000.00 to be paid at a rate not less than 10% of gross earnings per month, and (2) full financial disclosure. This sentence followed the defendant's guilty plea to Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. 371, a class D felony.

On September 11, 2003, Your Honor modified the conditions of Probation with consent of the offender to include substance abuse treatment.

The probationer commenced his term of probation on July 11, 2003, in the Southern District of Florida where he is currently being supervised. He has maintained a stable residence and employment throughout his term of probation. He satisfied payment of his special assessment fee on September 12, 2003. He is in compliance with the restitution payment schedule and has a remaining balance of $8,300.00. The probationer successfully completed an out-patient substance abuse treatment program on January 31, 2005. Additionally, all urinalysis samples have tested negative for the presence of illicit substances.

The probationer has requested permission to travel to both Italy and Germany with his mother, sister, and girlfriend from June 9, 2005, through June 22, 2005. No travel restrictions exist regarding individuals on federal probation traveling to the above-named countries.

Based upon the aforementioned, the Probation Department does not oppose this request, provided it meets with Your Honor's approval.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _Michelle A. Staffa_
Michelle A. Staffa
U.S. Probation Officer

APPROVED BY: _____
Robert E. Cardinal
Supervising U.S. Probation Officer

April 26, 2005

## MIANO, CHRISTOPHER L.                                    98-CR-1129(S-1)-41

Permission for International Travel

REQUEST APPROVED: _s/ Judge Raymond J. Dearie_____  4/29/05
                  Raymond J. Dearie
                  United States District Judge                Date

REQUEST DENIED: _____
                Raymond J. Dearie
                United States District Judge                  Date